## Case No. 5,146.

### FUGATE v. BRONAUGH.

[3 Cranch, C. C. 65.] [1]

Circuit Court, District of Columbia. Dec. Term, 1826.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

But THE COURT, considering it a good cause of general demurrer, rendered judgment for the defendant, for want of an averment that the plaintiff was administrator, and for want of a profert of the letters of administration.